AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> **4:26-mc-6667** | Date and time warrant executed: <br> 7/23/26  0930 | Copy of warrant and inventory left with: <br> N/A |
| Inventory made in the presence of : <br> J. Ramirez / C. Peckne | | |
| Inventory of the property taken and name of any person(s) seized: | | |

$2500 US Currency

United States Courts
Southern District of Texas
FILED

*July 31, 2026*

Nathan Ochsner, Clerk of Court

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/23/26

_____
*Executing officer's signature*

Chris Peckne, U.S. Postal Inspector
*Printed name and title*